M. S. Reichelt, Appellant, v. Chapin Motor Sales, Inc., and United States Fidelity and Guaranty Company, Appellees.

Gen. No. 41,178. 

 Heard in second division, first district, this court at April term, 1940; opinion filed July 1, 1941. James G. Barber and Samuel Saxon, for appellant; Hurford & Feigenholtz, for appellees; Harold L. Feigenholtz and Eugene A. Busch, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."